```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF PUERTO RICO

PPV CONNECTION, INC.,                   *
                                        *
        Plaintiff                       *
                                        *
             v.                         *     CIVIL NO. 07-1262 (JP)
                                        *
ALEXIS NIEVES-VAZQUEZ, et al.,          *
                                        *
        Defendants                      *
                                        *
```

**PARTIAL JUDGMENT**

The Court has before it Plaintiff's "Notice of Voluntary Dismissal" (**No. 5**) against Defendants Alexis Nieves-Vázquez, his wife Jane Doe and the Conjugal Partnership between them d/b/a Pavochón Orocoveño; José Alberto Díaz-Llavona, his wife Jane Doe and the Conjugal Partnership between them d/b/a La Pollado; and Serafín Pérez (identified in the Complaint as "John Doe"), his wife María del Carmen Barreto (identified in the Complaint as "Jane Doe"), and the Conjugal Partnership between them, d/b/a Colmado Pérez. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the Complaint against the above-named Defendants. The claims against all other Defendants remain before this Court. This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of May, 2007.

                                              s/Jaime Pieras, Jr.
                                           JAIME PIERAS, JR.
                                       U.S. SENIOR DISTRICT JUDGE